■ CITY OF NEW YORK, Respondent, v ARNOLD SLATER et al., Appellants, and SIDNEY PULLMAN et al., Respondents. — Appeals from judgment, Supreme Court, New York County (Walter Gorman, J.), entered on February 25, 1982, unanimously withdrawn in accordance with the settlement agreement of the parties dated August 4, 1983. No opinion. Concur — Kupferman, J. P., Sandler, Carro, Milonas and Alexander, JJ.

6  THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELLEN REEVES, Also Known as ELLEN MARS, Appellant. — Judgment, Supreme Court, New York County (Dennis Edwards, Jr., J.), rendered on November 17, 1981, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sullivan, J. P., Ross, Bloom, Fein and Milonas, JJ.